IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE CHURCH INSURANCE COMPANY OF VERMONT, § § § § *Plaintiff*, § § v. § § CHURCH OF THE HOLY APOSTLES, KATY, TEXAS, § § § § *Defendant*. § § | | No. 4:15-cv-2211<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The Church Insurance Company of Vermont ("CICV") and Defendant Church of the Holy Apostles, Katy, Texas (the "Church") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. CICV and the Church move to dismiss all claims and counter-claims that were, or could have been, asserted against each other in this action with prejudice.

2. This case is not a class action, and a receiver has not been appointed.

3. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

4. This dismissal is with prejudice.

5. Each party agrees to bear its own attorneys' fees and costs.

6. This stipulation is intended to be effective upon filing as contemplated by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A proposed order nevertheless accompanies this stipulation if the Court should elect to enter an order for administrative or other purposes.

LEGAL\25274870\1

Respectfully submitted:

*/s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915
E-mail: jziemianski@cozen.com

OF COUNSEL:

Nicole S. Bakare
Texas State Bar No. 24056017
Southern District of Texas Bar No. 905216
E-mail: nbakare@cozen.com

COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905

ATTORNEYS FOR PLAINTIFF, THE CHURCH INSURANCE COMPANY OF VERMONT

*/s/ Chad T. Wilson*
Chad T. Wilson
Attorney-in-Charge
Texas State Bar No. 24079587
Southern District Bar No. 2246983
E-mail: CWilson@cwilsonlaw.com

OF COUNSEL:

Kimberly N. Blum
Texas State Bar No. 24092148
Southern District of Texas Bar No. 2601470
E-mail: KBlum@cwilsonlaw.com

CHAD T. WILSON LAW FIRM PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77058
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

OF COUNSEL:

David P. Wilson
Texas State Bar No. 21672700
Southern District Bar No. 19008
E-mail: DWilson@pulf.com

PROVOST UMPHREY LAW FIRM LLP
490 Park Street, Suite 100
Beaumont, Texas 77701
Telephone: (409) 835-6000
Facsimile: (409) 838-8888

ATTORNEYS FOR DEFENDANT, CHURCH
OF THE HOLY APOSTLES, KATY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via the Court's electronic filing system and facsimile on this 28th day of December, 2015 as shown below:

Chad T. Wilson
Kimberly N. Blum
CHAD T. WILSON LAW FIRM, PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77058

David P. Wilson
PROVOST UMPHREY LAW FIRM LLP
490 Park Street, Suite 100
Beaumont, Texas 77701

*Attorneys for Defendant,*
*Church of the Holy Apostles, Katy Texas*

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski

LEGAL\25274870\1

3