United States District Court
Southern District of Texas
**ENTERED**
January 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE CHURCH INSURANCE COMPANY OF VERMONT, § § § § *Plaintiff*, § § v. § § CHURCH OF THE HOLY APOSTLES, § KATY, TEXAS, § § *Defendant*. § § | | No. 4:15-cv-2211 <br><br> JURY DEMAND |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff The Church Insurance Company of Vermont ("CICV") and Defendant Church of the Holy Apostles, Katy, Texas (the "Church") have filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED**, that all claims and counter-claims that were, or could have been, asserted between the parties to this action are **DISMISSED WITH PREJUDICE**.

Each party will bear its own attorneys' fees and costs.

So **ORDERED**.

SIGNED on ____JAN 0 5 2016____, 201__.

_____
UNITED STATES DISTRICT JUDGE

LEGAL\25274870\1